### WRIGHT v. WEISEL et al.

(Supreme Court, Appellate Division, First Department. July 2, 1897.)

APPOINTMENT OF RECEIVER—REVOCATION.
    The appointment of a receiver by a decree of court cannot be revoked, nor the decree modified, upon the mere application of a stranger to the action, claiming to have acquired a right in the property which is the subject thereof.

Appeal from trial term.

Action by William H. Wright against Rebecca Weisel and another. Appeal from an order denying motion to withdraw receiver. Affirmed.

Argued before VAN BRUNT, P. J., and WILLIAMS, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Clarence L. Barber, for appellant.

Abram Kling, for respondent.

PER CURIAM. The order appealed from was properly made. Mr. Husted was appointed a receiver by a decree of the court made in this action, and that appointment cannot be revoked, nor the decree modified upon the mere application of a stranger to the action; for, as between the parties to that action, the judgment stands unassailed and unassailable, and, if the petitioner here has acquired any rights in and to the premises adverse or superior to those of the receiver, they must be asserted in the proper way.

The order appealed from must be affirmed, with $10 costs and disbursements.